IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony DiGidio,                                        Case No. 3:09CV721

          Plaintiff

      v.                                               ORDER

Centocor, Inc., et al.,

          Defendant


On review of the briefs in support of and opposition to the defendant's motion for summary

judgment (Doc. 28), it is hereby *sua sponte*

ORDERED THAT:

1. Leave be, and the same hereby is granted to the plaintiff to file a sur-reply, if he desires

to do so, on or before September 10, 2010; and

2. Oral argument, not to exceed one hour, is scheduled for September 27, 2010 at noon.

So ordered.


                        s/James G. Carr
                        United States District Judge