**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ANTHONY DeGIDIO,** | ) | |
| | ) | CASE NO. 3:09-CV-00721 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JAMES G. CARR |
| v. | ) | |
| | ) | |
| **CENTOCOR, INC., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | )/ | |

Plaintiff Anthony DeGidio moves this Honorable Court for an Order extending the time allowed for him to obtain new counsel to replace the firm of Zoll, Kranz & Borgess, LLC, which withdrew pursuant to Order of this Court on 12/20/2010.

The Court allowed the Plaintiff 30 days to find new counsel but there have been numerous extenuating factors which made this deadline exceedingly difficult to obtain. This is a complex case and the counsel that handle these matters are not in abundant supply. The case has advanced to a significant point procedurally and many counsel will not enter a case that has progressed this far as they have different theories of the case and how to handle it. The injuries inflicted on the plaintiff by the defendants have left him in failing health, frequently ill, on considerable medication and oxygen, and handicapped. To this end he cannot pursue these tasks with the efficiency that he once could. Additionally the task of finding an attorney came over the Christmas Holidays and there was a significant number of days that people are were not

available to discus new cases.  This is a major barrier since these types of cases require considerable thought on the part of attorneys who take them.

     Accordingly, and based upon the above, plaintiff asks this honorable court for an additional 30 days to find new counsel to replace his former counsel.

Date:   January 25, 2011				Respectfully Submitted,

/s/ Anthony J. DeGidio
Anthony J. DeGidio Esq. (0069064)
712 Farrer St.
 Maumee, OH  43537
Phone No: (419) 509-1878
Fax No: (419) 740-2556
Email:tony@cyberlawyer.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on January 25, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Edward E. Taber (0066707)
edward.taber@tuckerellis.com
Justin E. Rice (0080587)
justin.rice@tuckerellis.com

Tucker Ellis & West LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115-1414
Telephone: 216.592.5000
Facsimile: 216.592.5009
*Attorneys for Defendants Centocor Ortho Biotech Inc., Johnson & Johnson, and Ortho-McNeil-Janssen Pharmaceuticals, Inc.*

/s/ Anthony J. DeGidio
Anthony J. DeGidio, Esq.